**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KEVIN RAY IMMEL**                                                                                     **PLAINTIFF**

V.                              CASE NO.  5:19-CV-05158

**LIEUTENANT HOLT**                                                                                  **DEFENDANT**

## ORDER

Plaintiff Kevin Ray Immel filed this action pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis.*

When he filed this case, Plaintiff was specifically advised that he was required to immediately inform the Court of any change of address.  *See* Doc. 3.  If Plaintiff was transferred or released, he was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release.  *Id.*  Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On April 23, 2020, Defendant filed a Motion for Summary Judgment (Doc. 30).  On April 24, 2020, an Order (Doc. 33) was entered directing the Plaintiff to file a summary judgment response by May 15, 2020.  This Order was not returned to the Court as undeliverable.  On May 19, 2020, a Show Cause Order (Doc. 34) was entered based on Plaintiff's failure to file his summary judgment response.  Plaintiff was given until June 9, 2020, to show cause why the case should not be dismissed based on his failure to obey the Court's Order.  The Show Cause Order was returned as

1

undeliverable on June 8, 2020, marked: "RTS [return to sender] Paroled." (Doc. 35). Plaintiff had thirty days or until July 8, 2020, to submit a new address to the Court.

To date, Plaintiff has not provided a new address or contacted the Court in any way. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to obey the Court's Orders.

**IT IS SO ORDERED** on this 21st day of July, 2020.

                                                  /s/ Timothy L. Brooks
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE